AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Daron Rodgers
   Plaintiff

Col. Rick Gregory, Maria T. Knoll, Mayor Kenny Branner,
Timothy Teart, Ruthann Minner, Petshriver
   Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0301 0549

07 - 203

I, Daron J Rodgers _____ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant        • • Other

FILED
APR 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    • (Yes)    • •No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Howard R Young Correctional Center

   Inmate Identification Number (Required): 328265

   Are you employed at the institution? no   Do you receive any payment from the institution? no

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?    • •Yes    • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    • • Yes    • (No)
   b. Rent payments, interest or dividends              • • Yes    • (No)
   c. Pensions, annuities or life insurance payments    • • Yes    • (No)
   d. Disability or workers compensation payments       • • Yes    • (No)
   e. Gifts or inheritances                             • • Yes    • (No)
   f. Any other sources                                 • • Yes    • (No)

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  · · Yes   · (No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   · · Yes   · (No)

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

I declare under penalty of perjury that the above information is true and correct.

4-8-07                         Darron J Rodgers
DATE                           SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



```
RESIDENT HISTORY REPORT                                                Page 1 of 1

HRYCI
04/10/07 14:38
ST 006 / OPR BSP

SBI            :  328265
Resident Name  :  RODGERS, DARON
Time Frame     :  01/13/2004 18:17 - 04/10/2007 14:38

------------------------------------------------------------------------------------
Date         Time    Type              ST   OPR     Receipt #         Amount       Balance
------------------------------------------------------------------------------------

01/13/2004   18:17   Intake            1    cobra   A2735               0.03          0.03
02/10/2004   12:55   Add               4    RWW     D1420              40.00         40.03
02/11/2004   10:46   Order             2    IM      B3894              40.00          0.03
02/12/2004   14:47   Credit            2    DDT     B3962               8.00          8.03
02/18/2004   12:00   Order             2    DDT     B4786               7.97          0.06
02/24/2004   14:07   Add               4    RWW     D2257              30.00         30.06
02/25/2004   09:35   Order             2    IM      B5893              29.63          0.43
03/04/2004   07:52   Order             2    DDT     B6920               0.40          0.03
03/15/2004   14:29   Close             6    KTS     F1368               0.03          0.00
04/03/2006   20:03   Reopen            5    lb      E14266            249.30        249.30
04/05/2006   10:00   Close             6    kjg     F18210            249.30          0.00
08/01/2006   00:55   Reopen            5    bxd     E16453          1,095.00      1,095.00
08/09/2006   13:30   Rec Payment       7    jmh     G10795              2.00      1,093.00
08/14/2006   06:14   Order             2    DDT     B128121            38.29      1,054.71
08/16/2006   13:18   Credit            2    DDT     B128968            13.58      1,068.29
08/21/2006   07:53   Order             2    DDT     B129224            26.15      1,042.14
08/21/2006   12:10   Rec Payment      10    bsp     J5209               0.75      1,041.39
08/29/2006   05:46   Order             2    WLH     B130248            48.38        993.01
08/31/2006   14:07   Withdrawal        6    jmh     F21540            500.00        493.01
09/04/2006   10:30   Order             2    WLH     B131159            34.46        458.55
09/11/2006   06:41   Order             2    WLH     B132030            59.77        398.78
09/18/2006   06:45   Order             2    WLH     B132994            39.89        358.89
09/18/2006   13:16   Credit           11    DDT     K889                3.05        361.94
09/20/2006   13:56   Withdrawal        6    kjg     F22016            200.00        161.94
09/26/2006   09:23   Order             2    WLH     B134617            39.23        122.71
10/04/2006   09:41   Order             2    DDT     B135794            42.95         79.76
10/05/2006   13:43   Credit           11    DDT     K1248               0.23         79.99
10/06/2006   12:13   Rec Payment      10    bsp     J5963               1.60         78.39
10/10/2006   09:01   Order             2    DDT     B136843            31.56         46.83
10/12/2006   14:05   Credit           11    DDT     K1368               0.92         47.75
10/16/2006   12:04   Add               4    SED     D56428             50.00         97.75
10/17/2006   11:28   Order             2    DDT     B137908            35.10         62.65
10/31/2006   07:32   Order             2    WLH     B139954            24.19         38.46
11/02/2006   11:42   Add               4    SED     D57529             60.00         98.46
11/06/2006   13:56   Order             2    WLH     B140983            29.44         69.02
11/14/2006   09:48   Order             2    WLH     B142028            27.75         41.27
11/20/2006   12:34   Order             2    WLH     B142930            26.34         14.93
11/22/2006   13:24   Credit           11    DDT     K1996               0.82         15.75
11/29/2006   05:59   Order             2    WLH     B144077            14.33          1.42
12/29/2006   12:18   Add               4    CAR     D61009             50.00         51.42
01/03/2007   09:08   Order             2    DDT     B149040            24.68         26.74
01/04/2007   12:55   Credit           11    WLH     K2430               1.15         27.89
01/08/2007   13:42   Close             6    kjg     F24881             27.89          0.00
02/19/2007   23:29   Reopen            5    lb      E20007             50.51         50.51
02/26/2007   06:40   Order             2    AFC     B156490            44.19          6.32
03/05/2007   06:34   Order             2    DDT     B157513             5.96          0.36
03/26/2007   06:43   Order             2    DDT     B160633             0.26          0.10
04/09/2007   11:21   Add               4    gmw     D66802             30.00         30.10
```



Darren Rodgers
28465
O Box 9561
Wilm DE 19809

Clerk
U.S. District Court
Lock Box 18
844 N. King Street
Wilmington, DE 19801

U.S.M.S. X-RAY