(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

07 - 203

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FILED
APR 1 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Daron J Rodgers  328265
    (Name of Plaintiff)   (Inmate Number)

300 N. Broad St Apt 3-B
(Complete Address with zip code)

(2) Daron J Rodgers  328265
    (Name of Plaintiff)   (Inmate Number)

300 N. Broad St Apt 3-B
(Complete Address with zip code)

NC03010549
(Case Number)
(to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) Carl Dan Burg
(2) DET Shrinner
(3) Mayor Kenny Branner
(Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

NONE

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •(Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ••Yes •(No)

C. If your answer to "B" is Yes:

 1. What steps did you take? _____

 2. What was the result? _____

D. If your answer to "B" is No, explain why not: The Aministrative Has Nothing to do with the courts decissons on sentcen's.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Kenny Branner
 Employed as Mayor of Middltown DE
 Mailing address with zip code: 19 West Green St Middletown DE 19709

(2) Name of second defendant: Timothy Tearl
 Employed as Unkown at _____
 Mailing address with zip code: 8 West Green Street Middletown DE 19709

(3) Name of third defendant: Carl Dan Berg
 Employed as Attoreney Genaral at New Castle County Superior Court
 Mailing address with zip code: 820 North French Street Wilmington, DELAware 19801

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)



2

1

Ruth Ann Minner

Cheif Col. Rick Gregory

Maria T Knoll

Timothy Jearl

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On Aug 30, 03 i was accused of a crime i didnt commit And was carried to Prison at Howard R. Young Were i waited until court then months later i was sentence to level IV

2. Then i Recieved 3 Years for my VOP and the case was set to trial i later on Went to trial on 3-30-05 in front of Jury and was Found not guilty But still

3. Remained in Jail on the Remander of my VOP But was Release in Feb of 2006, I Arrested Due to Lack of investgation of the New Castle Southern patrol Unit and Arresting Officer

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would Like to Be Reinburst For the time i spent in Jail the Years i lost from my Family And i would Like to Recieve 5 millon

3

2. I would like to Be payed For mental pain and anguish throug out my time in Jail (5 million

3. It cause me emotinal distress and physical pain and Bad nerves condition in my Hands 5 million

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Mon day of April 8, 2007.

_Daron J Rodgers_
(Signature of Plaintiff 1)

_Daron J Rodgers_
(Signature of Plaintiff 2)

_Daron J Rodgers_
(Signature of Plaintiff 3)

4

Relief                    (4)

4) Due do the prejudeces feeling that the Newcastle County Cops Sothern Patrol Unit was against me is the out come of me 3years ingusment and Lack of investgading the Incedent I would like to Recieve 3million

5) I would Also like to Be compensated for every day that i spent in prison for this case i would like to Recieve 3 Million. For years that i miss and that i cant get back and stop me for making my life more prodctive and Raising a family and getting married



Darren Rodgers
328265
PO Box 9561
Wilm, DE 19809

U.S.M.S.
X-RAY

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801