IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARON J. RODGERS,<br><br>       Plaintiff,<br><br>       v.<br><br>CARL DANBERG, DETECTIVE<br>SHRINNER, MAYOR KENNY BRANNER,<br>TIMOTHY TEARL, MARIA T. KNOLL,<br>CHIEF COL. RICK GREGORY, RUTH<br>ANN MINNER,<br><br>       Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-203-***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |



## AUTHORIZATION

I, Daron J. Rodgers, SBI #328265, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.02 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated   5-14-07  , 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date:  5-14-07  , 2007.

_____Daron Rodgers_____
Signature of Plaintiff

Dixon Rodgers
324265
PO Box 9561
Wilm DE 19809

Office Clerk
United States District Court
844 N King Street Lock Box 19
Wilm DE 19801-3570

WILMINGTON DE 197
15 MAY 2007 PM 3 T

