IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARON J. RODGERS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-203-*** ) |
| CARL DANBERG, DETECTIVE SHRINNER, MAYOR KENNY BRANNER, TIMOTHY TEARL, MARIA T. KNOLL, CHIEF COL. RICK GREGORY, and RUTH ANN MINNER, | ) ) ) ) ) ) ) |
|     Defendants. | ) |

FILED
JUL 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

At Wilmington this 12th day of July, 2007, for the reasons set forth in the Memorandum issued this date

1. The complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1).

2. Rodgers is given leave to amend the complaint. The amended complaint shall be filed within **thirty days** from the date of this order. If an amended complaint is not filed within the time allowed, then the case will be closed.

                                                                                                               _____
                                                                                                               UNITED STATES DISTRICT JUDGE