IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF Delaware

DARON J. ROGERS,

 Plaintiff,

  C.iv.No. 07-203-Cms

V.

CARL DANBERG, DETECTIVE SHRINNER,
MAYOR KENNY BRANNER TIMOTHY TEARL,
MARIA T.Kiroll, CHIEF Col. Rick Gregory
And Ruth Ann Minner,

 Defendants

Jury TRial of twelve
Demanded



FILED

JUL 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion to Amend pursuant to Rule 15A
of The civic Rules of civic procedures

COME Now, Daron Rogers — prose. THE plaintiff who humbly
Request that the following information be Amended in the above titled
Civil Action Number.

Memorandum

THE plaintiff — DARON J. Rogers ("Rogers"), an inmate formally of Howard
R. young correctional center ("HRYCI") and is now incarcerated at
The Delaware correctional center near Smyrna. Filed a civil action
Pursuant to 42 U.S.C. § 1983 He was granted in forma pauperis
Status pursuant to 28 U.S.C. § 1915.

On July 10.2007. THE Honorable Court Dismissed this action without Prejudice for failure to state a claim upon which relief may be granted Pursuant to 28 U.S.C. § 1915(e)(B) and § 1915A(B)(1). and stated Rogers is granted leave to amend the Complaint.

## Statement of Claim

1). Plaintiff Brings this Suite against defendants in their official and individual capacity's. Plaintiff has Exhausted all administrative Remedy That are afforded Him.

2). Plaintiff was arrested on aug 30 03 for Robbery 1, degree. The alleged offence was against Timothy tearl (Hereinafter)(Tearl). (Tearl) accused 3 Black Males of Robbing him of an Undisclosed amount of U.S. currency (Tearl) never pursued the issue of posecution. Detective Skinner informally investigated the case, Plaintiff has a long and by no means Exhaustive history with Def. Skinner.

3) The arresting officer said that he investigated this case and had several witnesses that did place plaintiff at the scene of the crime.

4) Plaintiff was on Level 3 probation and was at work on the day of in incident, plaintiff works for a small lim/lawncare Bussiners

5.) plaintiff was talked into a plea agreement by Defendants Carl Danberg, Malia T. Knoll, Defendant Skinner, a fast track for violation of probation on Dec. 20, 03. f

6) plaintiff Rejected the states plea offer and was sentenced to 3 yrs Level Ⅴ 192Ⅳ, 6mo work Release and 6mo level y Home Confinement.

Plaintiff was Maliciously and Sadistically Prosecuted - without being found

7) Guilty for the offence of Robbery 1, degree plaintiff went to trial on said Charge of Robbery 1st degree and was found ("not guilty") on all charges despt this exhauneration Defendant's Supra. Willfully and Maliciously Denied plaintiff Redress to the Court Pertaining to his illegal incarceration on probation violation after this Exhoneration (by way of motion to Correct Sentence) which was Repeatly denied he Honorable Gebline of Serrerior court newcastle

8) plaintiff had another Encounter with (court) at this time court Stated he Pulled up with a friend Charles owens in the seacond alleged offence ("Plaintiff State the inference he now Relaying happened Before trial") plaintiff was targeted by Def SHanner and arrested along with, Rony Brokenborogh N.Y. Brokenborogh was arrested and consequently Charged and found guilty of the alleged wrongdoing at Trial no evidence was collected to Convict plaintiff because he was inoccendt of all wrongdoing 100% cleared plaintiff trial lasted 2 day Defendant's Lack of inUestagatory policies and or practice was the nexus wich Deprived plaintiff of his Clearly established constitutional right under the united state constititon. Had defendant investigated to Conclusion plaintiff would of not had to endore Restraints of his Liberty for 1095 days Defendant lack of investagatory Policies or practices was the Cause in fact of Plaintiff Deprivation all Defendant were the moving force explained (Herein) behind the the alleged deprivation and has displayed Deliberate indifferance to plaintiff. Right and enclosed embrest and Sefurty in Violation of the Eight and Fourteenth amendment constitutional Guarentee

7

Defendant Timothy Carl with Requisit or Culpable State of mind knew of and was aware that Plaintiff faced a Substantial Risk of Serious harm Defendant (Carl) knew that by implementing Plaintiff in Said alleged offence Outlined (therin) would Place Plaintiff under Circumstanced posing a unreasonable threat of harm by incarceration this imposition posed a substantial and dire and obvious irreparable harm do Plaintiff and Defendant (Carl) has displayd "deliberate indifference to Plaintiff interest and Safety in violation of the Eighth Amend and 14 Amindments Defendant (Carl) actual involment in the instant Litigation was the Malicious and Sadistic intent displayed for the very purpose of causing harm to Plaintiff [I.E. His incarceration for 1095 days] without Due Process of Law Plaintiff Suffered unessarily, Severe, irreparable injury [I.e. Emotional Distress Pain and Suffering inflicted upon him by wanton Flintion and malicious Prosection] and Defendant (Carl) failed to take Reasonable measure to abate it.

Defendant's supra, knew that the Subjective Deprivation was Sufficiently Serious and objectively disregarded it. Defendant knew that Plaintiff incarceration posed a Substantial Risk of irreparable harm wich was Sufficiently Serious do warrant coercion investagatory practices and police this Subjective Deprivation was objectively disregarded and Defendant Supra failed to Remedy the known Wrong. Plaintiff was Exhonorated at tRiall of the lead charge of Robbery I, degree wich would automatically Preclude his Probation Violation sentence moreover, Despite this fact Plaintiff was Repeatidly Denied. Redress in the Superior Court in Regard to his illegal incarceration the challenged conduct is not and was not Reasonable Related to a legitimate Penological goal.

Plaintiff personally placed Defendant Supra on Notice of his illegal prosecution defendants intentionally disregarded plaintiff interest and Deliberatly failed to investigat plaintiff allegation of willful and malicious plosecution [IE, motion to correct sentences Submitted to the Appropriate court Superior for newcastle county Honorable Judge Gemaline respectfully stating which were repeadly denied]

Defendant Carl Danberg, Mayor Henry Blanner, Malia T. Knott, Clief Col. Rick Gregory, and Ruth ann minner (Supervisory official Here.inafter] (Supervisory officials) Defendouts with Requisite of culpable State of mind were deliberatly indifferent to plaintiff interest and Safety Defendant knew of and was aware of that plaintiff faced a Substantial Risk of irreparable harm and disregard that Risk by failing to take reasonable Measures to abate it. defendant failed to investigate to conclusion, the alleged offences against plaintiff (Supervisory officials) failed to investigate and also failed to take Reasonable measures to abate the actual harm that befalled the plaintiff despite their knowledge of a Substantial Risk of Serious harm to plaintiff's interest the obstinacy and Wantoness and the attitude of (Supervisory officials) also give Rise to Deliberale indifference to plaintiff interest and safety at this Stage of the instant Litigation (supervisory officials) have evinced a broad use toward the violation of plaintiff clearly Established constitutional Right to due process of law and the prohibition of cruel and unusual punishment prohibited by the 5, 14, fourend

Defendant, Carl C. Danberg, Malia T. Knoll, Detective SHkinner

Chief COI Rick Gregory, was responsible for prosecuting
and administering the illegal incarceration upon flea cursory
method and promulgated practice and policies of investigatory
has caused plaintiff actual damages defendant (Supervisor official)
Made a culpable refusal to redress plaintiff Claims of illegal incarceration
(Supervisory officials) knew that plaintiff faced a substantial risk
of irreparable harm, and failed to take reasonable actions
to abate it. (Supervisory officials) has Existing policy or practices that
Substantially Creates an unreasonable risk of Eight Amendment injury
(Supervisory officials) knew of and was aware that his Subordinates
was indifferent to that risk. Moreover, that the injury suffered
by plaintiff was the Direct Result from the nexus policy or practices
(Supervisory officials) were personally put on notice thru a Report and appeal
[Ie, motion to correct sentence] and intentionally refused to remedy the
wrong plaintiff suffered the unnecessary and wanton infliction
of pain and has been subjected to Sever Emotional Distress
Due to (Supervisory official) Deliberate indifference to plaintiff interest and safety
Due to (Supervisory official) willful and malicious and sadistic prosecution
Plaintiff does not seek monetary damages from the United State treasury Department
he Seek's to hold Defendant Sopha in the individual capacity liable for the
deprivation of plaintiff clearly Established constitutional Right under the
Eighth and Fourteenth amendment to the United State constitution
Date: 4/30/07

DARON J. RODGERS SBI #
1181 Paddock RD Smyrna Del
19977

6

Relief Sought

Monotary Damages in the amount of $ 500,000,00

Punitive Damages, in the amount of $ 500,000,00

Nominal Damages in the amount of $ 500,000,00

Special Damages [I.E. Emotional Distress]
in the amount of 1,000,000,00

And whatever Damages the Honorable Court Deems Just and proper

Date: 7/30/07

DARON J. RODGERS #/#
1181 paddock R.P. Smyrna, Del
19977

7

# Certificate of Service

I, _Dwan Rodyers_ , hereby certify that I have served a true
and correct cop(ies) of the attached: _Carl DanBerg, Detictive Shrinner, Mayor_
_Kenny Branner, Timoty dearl, Maria tKnoll Chief_ upon the following
parties/person (s): _Col Rick Gregory, RutHan Miner_

TO: _Carl Dun Berg_
    _820 North French St_
    _Wilm DE 19801_

TO: _Mayor Kenny_
    _Branner 19 West_
    _green street_
    _Middletown_
    _DE 19709_

TO: _Timoty dearl_
    _8 west green_
    _St middletown_
    _DE 19709_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977, postage to be paid
by the Dept. Of Corrections.

On this _24_ day of _July_ , 200 _07_

# Certificate of Service

I, _____SAME_____, hereby certify that I have served a true

and correct cop(ies) of the attached: _____SAME_____

_____Same_____ upon the following

_____SAME_____

parties/person (s):

TO: _Marta J Knoll_
_820 North French_
_St L/ilm DE_
_19801_

TO: _Chei'F col. Rick_
_Gregory MinQaDale_
_Station New Castle_
_DE 19720_

TO: _Lut ANN Minner_
_150 William penn_
_St 2nd Floor tatnull_
_Blding Dover_
_DE 19901_

TO: _Det SKinner_
_MinaaDale Station_
_Police Head Quarters_
_NewCastle DE_
_19720_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977, postage to be paid by the Dept. Of Corrections.

On this _24_ day of _July_, 200

_07_



SBI#: _____

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

JUL 25 2007

OFFice oF CleRK
United States District
Court   844 N King St
Lock Box 18  WilM DE
              19801-3570